# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** MA | **Category No.** II | **Investigating Agency** HSI | |
| **City** Plymouth | **Related Case Information:** | | |
| **County** Plymouth | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number _____ | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: **Katherine Reynolds**   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____
Address: _____

Birth date (Yr only): 1959    SSN (last 4#): 3545    Sex: F    Race: _____    Nationality: _____

Defense Counsel if known: _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**

AUSA: Brian Sullivan    Bar Number if applicable: 676186

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: _____

Victims: ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status: _____

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

Charging Document:  ☑ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/26/2024    Signature of AUSA:  /s/ Brian J. Sullivan

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Katherine Reynolds

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**